**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ROGER DAVIS,<br><br>      Plaintiff,<br><br>vs.<br><br>MEGAN SULLIVAN, *et al.*,<br><br>      Defendants. | Case No.  3:25-cv-00029-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Roger Davis, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

Page 1

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this ___ day of December 2025.

DATED this 23rd day of December 2025.
AARON D. FORD
Attorney General

By:

_____
ROGER DAVIS
*Plaintiff*, pro se

*/s/ Cecelia J. Blue*
CECELIA J. BLUE, (Bar No. 17031C)
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED December 23, 2025.

_____
Anne R. Traum
United States District Judge

Dated: February 3, 2026

Page 2